# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br><u>Jesse Rodriguez</u><br>*Defendant* | )<br>)<br>)  Case No. 19mj3673-AGS<br>)<br>) |

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
☒ to obtain/review discovery
☒ to obtain/consider a pre-indictment offer from the United States
☐ other reason:

Date: 9-9-19

*Defendant's signature*

*Signature of defendant's attorney*

Benjamin Kington, SBN264008
*Printed name and bar number of defendant's attorney*

934 23rd Street
San Diego, CA  92102
*Address of defendant's attorney*

bk@boyce-schaefer.com
*E-mail address of defendant's attorney*

619-232-3320
*Telephone number of defendant's attorney*

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to 9/26/19 at 2:00pm before Magistrate Judge Andrew G. Schopler.

Date: 9/9/2019

Andrew G. Schopler
United States Magistrate Judge