

```
                                                               FILED
                                                             Sep 26 2019
                                                       CLERK, U.S. DISTRICT COURT
                                                     SOUTHERN DISTRICT OF CALIFORNIA
                                                     BY     s/ yeseniab      DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '19 CR3810 LAB |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine (Felony) |
| JESSE RODRIGUEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about August 28, 2019, within the Southern District of California, defendant, JESSE RODRIGUEZ, did knowingly and intentionally import 5 kilograms and more, to wit: approximately 8.84 kilograms (19.48 pounds) of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 9/26/19.

ROBERT S. BREWER, JR.
United States Attorney

DEREK T. KO
Assistant U.S. Attorney

DTK:mt:9/3/2019