AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19CR3810-LAB |
| Jesse Rodriguez | ) | |
| *Defendant* | ) | |

**FILED**
SEP 26 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9-24-19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Judge's signature*

ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE